# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> v. <br> **ANDRE BENARD** | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) <br><br> USDC Case Number: 0971 3:05CR00400-001 SI <br> BOP Case Number: DCAN305CR00400-001 <br> USM Number: 93239-111 <br> Defendant's Attorney: Mark Stuart Goldrosen (Appointed) |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) Charges One, Two, Three, Four of the term of supervision.
☑ was found in violation of conditions(s) Five after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to Refrain from Unlawful Use of a Controlled Substance. | 2/17/2013 |
| Two | Failure to Secure Full Time Employment | 8/9/2012 |
| Three | Failure to Follow the Probation Officer's Instructions | 7/30/2012 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) Six and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8260

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Burlingame, California 94010

10/23/2013
Date of Imposition of Judgment

*/s/ Susan Illston*
Signature of Judge
The Honorable Susan Illston
United States District Judge
Name & Title of Judge

10/24/2013
Date

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Four | Association with a Gang Member | 8/7/2012 |
| Five | Commit Another Federal, State or Local Crime - Possession of a Firearm | 6/9/2012 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 8 months. This term of imprisonment shall run consecutively to the sentence imposed in CR-12-0780 SI.

☑ The Court makes the following recommendations to the Bureau of Prisons:

The inmate be placed at a facility closest to the San Francisco Bay Area so that he may be near his family.

☐ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ at _____ am pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL